FILED
FEB 2 6 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0514-JAH |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana (Felony) |
| BERNARDO BALDERAS, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about January 28, 2008, within the Southern District of California, defendant BERNARDO BALDERAS, did knowingly and intentionally import 23.10 kilograms (50.82 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 2/26/08.

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:San Diego
2/7/08